# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 221 WAL 2016
:
    Respondent :
     : Petition for Allowance of Appeal from
     : the Order of the Superior Court
    v. :
     :
     :
MICHAEL TODD TORAN, JR., :
     :
    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.